1
2
3              **UNITED STATES DISTRICT COURT**
4                      **DISTRICT OF NEVADA**
5
6   THEODORE J. THOMPSON,            )
                                     )        2:08-cv-00513-RCJ-PAL
7              Plaintiff,            )
                                     )
8        vs.                        )        **ORDER**
                                     )
9   LIED ANIMAL SHELTER, *et al.*    )
                                     )
10            Defendants.            )
                                     )
11
12         Before the Court for consideration is the Order and Report of Findings and
13   Recommendation of United States Magistrate Judge Peggy A. Leen, entered August 10,
14   2009 (#18).  Within the Order and Report of Findings and Recommendation, Judge Leen
15   recommended that Plaintiff's wrongful death claims be DISMISSED with prejudice for
16   failure to state a claim upon which relief can be granted.  Plaintiff was given until August
17   26, 2009 to file an objection to the Order and Report of Findings and Recommendation.
18   To date, no objection has been filed.
19         As such,  IT IS SO ORDERED that the Report of Findings and Recommendation
20   (#18) on file herein is AFFIRMED and ADOPTED, and that Plaintiff's wrongful death
21   claims shall be **DISMISSED with prejudice** for Plaintiff's failure to state a claim upon
22   which relief can be granted.
23         DATED:       September 17, 2009
24                                   _____
25                                   UNITED STATES DISTRICT COURT